Elias A. Cohn v. Alice S. Levy.— Motion to strike from calendar denied. Motion to open default granted. Settle orders on notice.

The People of the State of New York, Respondent, v. James J. Buckley, Appellant. The People of the State of New York, Respondent, v. Charles Baker, Appellant. The People of the State of New York, Respondent, v. Charles Borghardt, Appellant. The People of the State of New York, Respondent, v. Frank O. Brisco, Appellant. The People of the State of New York, Respondent, v. Herbert R. Forbes, Appellant. The People of the State of New York, Respondent, v. Helen Genne, Appellant. The People of the State of New York, Respondent, v. John Norton, Appellant. The People of the State of New York, Respondent, v. John Paraskevoupolas, Appellant. The People of the State of New York, Respondent, v. William Press and Reuben Walpinsky, Appellants. The People of the State of New York, Respondent, v. Santor Roda, Appellant. The People of the State of New York, Respondent, v. Joseph Ripandello, Appellant. The People of the State of New York, Respondent, v. Orseto Shillitoni, Appellant. The People of the State of New York, Respondent, v. Frederick Schonland, Appellant. The People of the State of New York, Respondent, v. Nicolatto Teneralla and Guiseppe Solomone, Appellants.— Motions to dismiss appeals granted.

The People of the State of New York, Respondent, v. Samuel M. Biddison, Appellant. The People of the State of New York, Respondent, v. Morris Berkowitz, Appellant. The People of the State of New York, Respondent, v. Joseph Fuchs and Edward H. Strauss, Appellants. The People of the State of New York, Respondent, v. John Green, Appellant. The People of the State of New York, Respondent, v. Anthony Mareno, Appellant. The People of the State of New York, Respondent, v. William Springer, Appellant. The People of the State of New York, Respondent, v. Edgar A. Whitney, Appellant.— Motions to dismiss appeals granted unless the appellants have their appeals ready for argument at the December term.

Esther Schilt, Appellant, v. The City of New York and Others, Respondents. Thomas A. Rickert, as President, Respondent, v. Henry White, Appellant. Catharine de Wolf, Appellant, v. Simeon Ford and Others, Respondents. (2 cases.) Samuel Thier, Appellant, v. Tobe Thier, Respondent. Lazar Schneider, Appellant, v. David Sussman and Others, Respondents. Max Rothbart v. David Sussman and Others. James E. Waters, Appellant, v. The Terry & Tench Company, Respondent. Henry C. Mumbrauer, Appellant, v. David H. Morris and Others, Respondents. Mary Nugent, as Administratrix, Appellant, v. Clyde Steamship Company, Respondent. William Carter, Appellant, v. Builders' Construction Company and Others, Respondents. (4 cases.) Baltimore Bridge Company, Respondent, v. John E. Cockerill and Others, Appellants. Theodore Schmalholz v. Hotel Gotham Company; Matter of Gilbert H. Montague, as Receiver. James Beggs, Respondent, v. Harlow M. Seeley, Appellant. Samuel Markowitz, Appellant, v. Mildred Markowitz, Respondent.— Motions to dismiss appeals granted, with ten dollars costs.

Charles A. Whipple, Respondent, v. T. Charles Farrelly, Appellant. William H. Derrick, Respondent, v. Anthony Kelly, Appellant.— Motions to dismiss